First National Bank of Galesburg and Scott Ford, appellees, v. Caroline S. Ford, appellant. Gen. No. 7,593.

Bill to foreclose mortgage. Foreclosure decreed. Appeal from the Circuit Court of Knox county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed January 6, 1926.

A. B. Pierson and R. C. Hunt, for appellant. Bert E. McLaughlin, for appellee, Scott Ford.

Mr. Justice Partlow delivered the opinion of the court.